# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

US CAPITAL/FASHION MALL, LLC,
et al.,

      Debtors.

_____/

KENNETH A. WELT, Chapter 7 Trustee
of the estates of the Debtors,

      Plaintiff,

v.

HAI JUN HE,

      Defendant.

_____/

CASE NO. 14-32819-BKC-JKO
CHAPTER 7
(Jointly Administered)

ADV. NO. 16-01578-JKO

## DECLARATION OF HAI JUN HE

BEFORE ME, personally appeared the Affiant Hai Jun He, who having been duly sworn according to law, deposes and says:

1.      My name is Hai Jun He.

2.      I am over the age of eighteen (18) years and am otherwise *sui juris* and competent to make this Declaration.

3.      I make this Declaration based upon my personal knowledge.

4.      I was notified by Mr. Wei Chen ("Mr. Chen") that the Trustee filed an Adversary Complaint ("Complaint") against me. I did not receive a copy of the Complaint from the Trustee or any other pleading at an address that I reside in.

5.      Mr. Chen also notified me that the Trustee attempted service by mailing the Complaint to Room 18-4 N.8 Yuhubeilu 2-10, Chaoyangqu, Beijing China, and to 3017 NE 59th Street, Fort Lauderdale Florida 33308.

6.      However, I do not currently, and I have not, lived or resided at Room 18-4 N.8 Yuhubeilu 2-10, Chaoyangqu, Beijing China since at least 2014.

7.      I am not a citizen or resident of Florida or the U.S.A., and I also do not live or reside at 3017 NE 59th Street, Fort Lauderdale Florida 33308.

8.      I have not engaged in any activities, substantial or isolated, in the State of Florida by either maintaining an office or place of business there.

9.      I have not conducted any business related to the Fashion Mall Property in the State of Florida.

10.     I have not sold products or provided services in the State of Florida.

11.     I have not registered any vehicles in the State of Florida.

12.     I do not have a telephone listing, and I do not use any telephone service based in the State of Florida.

13.     I do not have a bank account in the State of Florida.

14.     I have never maintained a lawsuit in the State of Florida.

15.     I purchased real property located at 3017 NE 59th Street, Fort Lauderdale, Florida 33308 in 2010 ("Property"), but I do not, and have not, lived or resided at that Property.

16.     Aside from paying property taxes for the Property, I have not paid any taxes in the State of Florida and I am not required to pay taxes in the State of Florida.

17.     Occasionally, I travel to Florida for leisure.  When I visit the United States, I travel on a visitor's visa and I stay either at a friend's house or at a hotel.

18.     I obtained a temporary driver's license in the State of Florida on or about May 10, 2016, but the license expired on October 26, 2016, and I have not renewed the license.

19.     I am not a creditor to any bankruptcy in the State of Florida or in the United States.

20.     The last time I visited the United States was in April 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated January 30, 2017

By:_____

Hai Jun He