**ORDERED in the Southern District of Florida on May 4, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

**In re:** **CASE NO. 14-32819-BKC-JKO**

**CHAPTER 7**

**US CAPITAL/FASHION MALL, LLC, et al.,**[1] **(Jointly Administered)**

**Debtors.**
_______________________________________/

**KENNETH A. WELT, Chapter 7 Trustee,** **ADV. NO. 16-01578-BKC-JKO-A**

**v.**

**HAI JUN HE, a natural person,**

**Defendant.**
_______________________________________/

**ORDER GRANTING, IN PART, DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS, OR IN THE ALTERNATIVE, MOTION TO DISMISS ADVERSARY COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

---

[1] The Debtors in these jointly administered cases are (i) US Capital/Fashion Mall, LLC (Case No. 14-32819-BKC-JKO); (ii) US Capital Holdings, LLC (Case No. 14-32822-BKC-JKO); and (iii) Mapuche, LLC (Case No. 14-32827-BKC-JKO).

**THIS MATTER** came before the Court on May 2, 2017 at 1:30 p.m. on the *Defendant's Motion to Quash Service of Process, or in the Alternative, Motion to Dismiss Adversary Complaint for Lack of Personal Jurisdiction* [ECF No. 24] (the "Motion"), the *Trustee's Response in Opposition to Defendant Hai Jun He's Motion to Quash Service of Process, or in the Alternative, Motion to Dismiss Adversary Complaint for Lack of Personal Jurisdiction* [ECF No. 29] (the "Response") and *Defendant's Reply in Support of Motion to Quash Service of Process, or in the Alternative, Motion to Dismiss Adversary Complaint for Lack of Personal Jurisdiction* [ECF No. 33] (the "Reply"), and the Court having considered the Motion, the Response, the Reply and the arguments of counsel, and being otherwise advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED IN PART as follows:

2. Defendant's Motion to Quash Service of Process of the Complaint filed in this adversary proceeding is Granted.

3. The Trustee shall have 180 days from the date of this Order to effectuate service upon the Defendant pursuant to the Hague Convention and/or any other applicable treaties or law.

4. Defendant's Motion to Dismiss Adversary Complaint for Lack of Personal Jurisdiction shall be heard if necessary, at a later date if service is properly effected.

###

**Submitted by:**

Glenn D. Moses, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2310
Email: gmoses@gjb-law.com

[Attorney Moses shall serve a copy of this Order to all interested parties and file a certificate of service]